## 13678.  PHŒNIX *v.* THE STATE.

LUKE, J.  1. The evidence authorized the defendant's conviction.

2. The special ground of the motion for a new trial falls within the rule announced in *Williams* v. *State,* 100 *Ga.* 511 (28 S. E. 624, 39 L. R. A. 269). The Supreme Court having adhered in other cases to the ruling in the *Williams* case, the request to certify this case to the Supreme Court, in order that the decision in that case may be reviewed, is not granted. See *Martin* v. *State,* 148 *Ga.* 406 (96 S. E. 882). The defendant may by certiorari present the question to the Supreme Court.

3

3. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 25, 1922.

Accusation of violating prohibition law; from city court of Richmond county — Judge Black. May 5, 1922.

*Abram Levy,* for plaintiff in error.

*W. Inman Curry, solicitor,* contra.